# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 8, 2022

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 6/8/2022

**Via Email and ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Hector Delacruz**
      ~~17 Cr. 77, 17 Cr. 201 (CM)~~   21 CR 608 (CM)

MEMO ENDORSED

Dear Judge McMahon,

    I write to respectfully request that the Court adjourn the conference that is currently scheduled for tomorrow, June 9, 2022, in the pending violation of supervised release proceeding in the above captioned cases. The alleged violations relate to two state court cases that are currently pending in Westchester County. Undersigned counsel has spoken to Mr. Delacruz's state lawyer and I understand that the top state charge in specification number 1 has been reduced from a felony to a misdemeanor and that the cases remain pending and they are discussing a pretrial disposition.

    Therefore, I ask this Court to adjourn tomorrow's conference for approximately 60 days so that undersigned counsel can continue to discuss a resolution with the state attorney and the Assistant United States Attorney. Assistant United States Attorney Jane Chong has no objection to this request.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Delacruz
212-417-8729

6/8/22

VOSR Proceeding Adjourned to September 20, 2022 at 2pm

*[signed] Colleen McMahon*